```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/4/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

TEDG LLC d/b/a THE EMERALD DISPENSARY,

                Defendant.

24 Civ. 7426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 3, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 3, 2024. ECF No. 7. Those submissions are now overdue.

    Accordingly, by **January 3, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 4, 2024
       New York, New York

                                    ANALISA TORRES
                                United States District Judge