```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/7/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

TEDG LLC d/b/a THE EMERALD DISPENSARY,

                Defendant.

24 Civ. 7426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 3, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 3, 2024. ECF No. 7. The parties did not make their submissions by that date, so the Court ordered them to make their submissions by January 3, 2025. ECF No. 9. Those submissions are now overdue.

    Accordingly, by **January 27, 2025**, the parties shall submit their joint letter and proposed case management plan. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge